Ayuntamiento de San Juan *v.* El Registrador
de la Propiedad.

Recurso gubernativo contra nota del Registrador de la
Propiedad de San Juan.

No. 11.—Resuelto en Noviembre 16, 1903.

Dominio.—La circunstancia de que se hubiera inscrito en el Registro el domi-
nio de una casa, sin hacer distinción alguna entre el dominio del solar y
el del edificio en él construido, no puede resultar en perjuicio de la persona
que acredite á su favor el dominio del solar con arreglo á derecho.

### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto por el
Ayuntamiento de esta Capital contra negativa del Regis-
trador de la Propiedad de la misma á inscribir un solar á
favor de dicha Corporación Municipal.

*Resultando :* que presentada por Don José de Jesús Pes-
quera al Registro de la Propiedad de esta Capital una certi-
ficación expedida por el Alcalde de la misma Don Manuel
Egozcue y Cintrón, en 8 de Abril del año próximo pasado,
en la que se consignaba que según los antecedentes que
constaban en el Archivo Municipal, el Ayuntamiento de
esta Ciudad de San Juan era dueño en pleno dominio del
solar No. 19 de la calle del Sol de esta Ciudad, compuesto
de una superficie de doscientos veinte y dos metros cua-
drados treinta y cinco centímetros, según declaratoria del
Superior Gobierno de esta Isla, de 6 de Mayo de 1853,
aprobada y ratificada por el mismo el 12 de Septiembre
del citado año; que sobre el solar á que se refería dicha
certificación existía una casa marcada con igual número y
constaba inscrita hoy á favor de Don Ramón Antonio de
Torres y Borges, Don Rafael Cabrera y Torres, Doña Juana
Hortensia, Don Juan Ramón y Don Manuel de Torres y
Variderlinden, en el tomo 28 de esta Capital, al folio 6
vuelto, finca 1149, inscripción 5ª, por adjudicación que se
les hizo al fallecimiento de Don Juan Ramón de Torres y
Ramos, esposo que fué de Doña Josefa Borges que pagó

MUNICIPALITY OF SAN JUAN *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a Decision of the Registrar
of Property of San Juan.

No. 11.—Decided November 16, 1903.

STATEMENT OF THE CASE.

el arrendamiento del solar hasta el 31 de Diciembre de 1893, constando haberse constituido hipoteca sobre la casa para responder del pago del arrendamiento por Bernarda Baez y Juan Casimiro de León, anteriores dueños de dicha finca, en escritura de 2 de Julio de 1851, ante el Escribano Don Mauricio Guerra, que fué anotada en el antiguo Registro y trasladada al moderno al folio 61 vuelto del tomo 28 de esta Capital, finca 1149, inscripción 6ª y debiendo inscribirse el solar descrito á favor del Ayuntamiento de San Juan en cumplimiento de lo que determina el artículo 36 del Reglamento de la Ley Hipotecaria, expedía la expresada certificación ¡por duplicado al Registrador de la Propiedad de esta Capital, encareciéndole la devolución de un ejemplar para que surtiera sus efectos en el respectivo expediente; y solicitada la inscripción del citado solar por el presentante de la certificación aludida, Don José de Jesús Pesquera, la denegó el Registrador por los fundamentos que expresa la nota que obra al pié de dicho documento, y que transcrita literalmente dice así:

"No admitida la inscripción del solar á que se refiere el anterior documento, en armonía con lo dispuesto en el artículo 20 de la Ley Hipotecaria, porque la casa número 19 de la calle del Sol de esta Ciudad se halla inscrita á favor de Don Ramón Antonio de Torres y Borges, Don Rafael Cabrera Torres, Doña Juana Hortensia, Don Juan Ramón y Don Manuel de Torres y Variderlinden, sin que en las inscripciones relativas á dicha finca aparezca distinción del dominio del suelo y del edificio en él construido por lo que es de presumirse que el solar pertenezca á los dueños de la casa, pues de no ser así se hubiera expresado con claridad en el Registro como terminantemente lo exige el artículo 64 del Reglamento de la citada ley; y que se ha extendido anotación preventiva al folio 21 del tomo 52 de esta Ciudad, finca 1149 duplicado, anotación Letra A., que tendrá efecto legal durante ciento veinte días de la fecha.—San Juan, Puerto Rico, Octubre 2 de 1903.—El registrador, José Benedicto."

*Resultando:* que notificada la negativa del Registrador, al presentante de la certificación expresada solicitó que se elevase dicho documento á este Tribunal Supremo para la resolución que procediera, como así lo verificó el Registrador, con la comunicación correspondiente.

executed on July 2, 1851, before Notary Mauricio Guerra, which was entered in the old Registry and transferred to the new, under folio 61, (reverse), volume 28 of this Capital, as property 1149, record sixth; and as the lot described should be recorded in the name of the Municipality of San Juan, in compliance with the provision of article 36 of the Regulations for the execution of the Mortgage Law, he issued the said certificate in duplicate to the Registrar of Property of this Capital requesting him to return a copy in order that it might have its effect in the proper record. And the admission of aforesaid lot to record having been applied for by José de Jesús Pesquera, the person presenting the certificate referred to, the same was refused by the Registrar for the reasons set forth in the memorandum placed at the bottom of said document, which literally reads as follows:

"The admission to record of the lot referred to in the above document is refused in conformity with the provisions of article 20 of the Mortgage Law, because house No. 19, Sol Street, this city, is recorded in favor of Ramón Antonio de Torres y Borges, Rafael Cabrera Torres, Juana Hortensia, Juan Ramón and Manuel de Torres y Variderlinden, and in the entries referring to said property no distinction is made between the ownership of the ground and that of the building constructed thereon, for which reason it is to be presumed that the lot belongs to the owners of the house, as otherwise it would have been clearly stated in the Registry, as is expressly required by article 64 of the Regulations for the execution of aforesaid law. Cautionary notice has been entered on page 21, volume 52 of this city, property No. 1149 duplicate, entry A., which shall have legal effect during 120 days from date hereof. San Juan, Porto Rico, October 2, 1903.—José Benedicto, Registrar."

Notice of said refusal having been served upon the person who presented the aforesaid certificate, he requested that said document be sent up to this Supreme Court for decision, which was done by the Registrar, with the proper communication.

MR. CHIEF JUSTICE QUIÑONES, after making the above statement of facts, rendered the following opinion of the court:

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal:

*Considerando:* que la omisión padecida en la inscripción que se hizo de la casa número 19 de la calle del Sol de esta Capital, á favor de la Sucesión de Don Juan Ramón de Torres y Ramos, al no determinarse en ella con la especificación que requiere el artículo 64 del Reglamento de la Ley Hipotecaria, á quien pertenecía el dominio del solar y de la casa en él construida, no puede resultar en perjuicio del Ayuntamiento de esta Capital que acredita el dominio del solar de que se trata con la certificación expedida por el Alcalde de esta Ciudad, ó sea en la forma que prescribe el artículo 36 del citado Reglamento Hipotecario; y por consiguiente que no constando inscrito el solar "expresamente" en favor de determinada persona, no está el caso comprendido en la prohibición que contiene el artículo 20 de la Ley Hipotecaria que cita el Registrador en su nota.

*Vistas* las disposiciones legales citadas en la presente resolución. *Se revoca* la nota denegatoria puesta por el Registrador de la Propiedad de esta Capital al pié de la certificación de que se trata en el presente recurso, y se declara que procede la inscripción del solar que se describe en el citado documento á favor del Ayuntamiento de esta Ciudad; devolviéndose la certificación aludida al Registrador de la Propiedad, con copia de la presente resolución para su cumplimiento y demás efectos.

Jueces concurrentes: Sres. Hernández, Sulzbacher y Mac-Leary.

El Juez Asociado Sr. Figueras no intervino en la resolución de este caso.